UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOYCE LIN, et al.,                                           :

                Plaintiffs,                :

       -against-                                            :

THE CITY OF NEW YORK, et al.,                                :

                Defendants.                :

------------------------------------------------------------x

**ORDER**

09 Civ. 1936 (PGG)(FM)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-09
```

**FRANK MAAS,** United States Magistrate Judge.

       Pursuant to the settlement conference held earlier today, it is hereby

ORDERED that a telephone conference shall be held on October 1, 2009, at 2:00 p.m. Plaintiffs' counsel shall initiate the call.

       SO ORDERED.

Dated:     New York, New York
             September 18, 2009

                                             FRANK MAAS
                                  United States Magistrate Judge

Copies to:

Honorable Paul G. Gardephe
United States District Judge

David Bruce Rankin, Esq.
Rankin & Taylor
Fax: (212) 658-9480

Wylie M. Stecklow, Esq.
WylieLaw
Fax: (212) 202-4952

Michael Keith Gertzer, Esq.
NYC Law Department
Fax: (212) 788-9776