UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE LIN, CAROLINE SAMPANARO,
JORDAN GROH, CHRISTIAN
GUTIERREZ, and RICHARD VAZQUEZ,

                Plaintiffs,

-versus-

THE CITY OF NEW YORK,
NEW YORK CITY POLICE
DEPARTMENT ("NYPD") RETIRED
ASSISTANT CHIEF BRUCE SMOLKA,
DEPUTY CHIEF STEPHEN
PARAGELLO, SERGEANT TIMOTHY
HOROHOE, SHIELD # 01657, OFFICER
CHRISTOPHER QUIRK, SHIELD #
08692, OFFICER RICHARD PIERRE,
SHIELD # 04236, OFFICER KEVIN
STEWART, SHIELD # 14870, OFFICER
KRISTIN ALAGNA, SHIELD #04759,
OFFICER DAVID KANTOR,
OFFICER THOMAS GRAHAM, and
OFFICER FNU LNU (FIRST NAME
UNKNOWN, LAST NAME UNKNOWN),

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/29/09
```

**ECF CASE**

09 Civ. 1936 (PGG)

**ORDER OF REFERENCE
TO A MAGISTRTATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:*

    <u>Disputes arising in the course of discovery.</u>

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Settlement*

☐ Inquest After Default/ Damages Hearing

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
       September 29, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge