UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOYCE LIN, et al.,  :

           Plaintiffs,  :

   -against-  :

THE CITY OF NEW YORK, et al.,  :

           Defendants.  :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-09

**ORDER**

09 Civ. 1936 (PGG)(FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

    1.    By October 9, 2009, Plaintiffs shall submit a letter detailing all unresolved discovery disputes.

    2.    By October 16, 2009, Defendants shall submit a letter responding to Plaintiffs' letter.

    3.    A discovery conference shall be held on October 28, 2009, at 10:00 a.m. Counsel should contact Chambers the day before to determine the Courtroom where the conference will be held.

      SO ORDERED.

Dated:    New York, New York
           October 1, 2009

                                              FRANK MAAS
                                          United States Magistrate Judge

Copies to:

Honorable Paul G. Gardephe
United States District Judge

David Bruce Rankin, Esq.
Rankin & Taylor
Fax: (212) 658-9480

Wylie M. Stecklow, Esq.
WylieLaw
Fax: (212) 202-4952

Michael Keith Gertzer, Esq.
New York City Law Department
Fax: (212) 788-9776