# Rankin & Taylor
### Attorneys at Law

---

350 Broadway, Suite 700  David@DRMTLaw.com
New York, NY 10013  Phone: 212-226-4507
 Fax: 212-658-9480

**VIA HAND DELIVERY ONLY**

October 2, 2009

**MEMO ENDORSED**

The Application is granted. The October 5, 2009 Conference is adjourned to December 1, 2009 at 11:00 AM.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Oct. 2, 2009

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

RE: **Lin, Joyce, et. al. v. City of New York, et. al.
09 Civ. 1936 (PGG)(FM)**

Dear Honorable Paul G. Gardephe:

The parties write to request your Honor postpone our presently scheduled Status Conference. This is the first such request for an adjournment. This conference is presently scheduled for Monday, October 5, 2009 at 10:45 AM. The parties had a telephone conference with Judge Frank Maas on October 1, 2009. At this conference various discovery issues were discussed and a briefing schedule has been ordered. This order is enclosed. We request this conference be postponed to sometime in later November or early December, at your Honor's discretion and understanding your Honor's calendaring concerns.

I thank you for your continued consideration in this matter and we apologize for the lateness of this application.

Very best regards,

*David B. Rankin*

cc: C. Counsel
 W. Stecklow

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09