UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOYCE LIN, et al.,                              :

                Plaintiffs,        :

      -against-                                :

THE CITY OF NEW YORK, et al.,           :

                Defendants.      :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-09
```

**ORDER**

09 Civ. 1936 (PGG)(FM)

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to the discovery conference held earlier this week, it is hereby

ORDERED that:

1. Defendants shall respond to plaintiffs' interrogatories numbered 10, 11, 14, 17, 18, 19, 20, 21, and 25. Plaintiffs' interrogatories numbered 22, 23, and 24 are denied.

2. Defendants shall respond to plaintiffs' document requests numbered 7, 26, 27, 29, 30, 31, 32 and 36. Defendants shall respond to plaintiffs' document request numbered 25, insofar as it relates to citizens videotaping of police actions. Defendants shall respond to plaintiffs' document request numbered 28, insofar as it relates to a "supervising officer's authority to assign an arrest to junior officers after the underlying arrest had been executed by different officers." Plaintiffs' document requests numbered 33, 34, 35, and 37 are denied.

3. By November 18, 2009, defendants shall submit Sergeant Horohoe's CCRB, IAB, DAO, and personnel records to the Court for in camera review.

4. By November 24, 2009, plaintiffs may serve on defendants no more than fifteen additional interrogatories.

      5.     By December 15, 2009, defendants shall respond to plaintiffs' additional interrogatories.

SO ORDERED.

Dated:     New York, New York
             November 13, 2009

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Paul G. Gardephe
United States District Judge

David Bruce Rankin, Esq.
Rankin & Taylor
Fax: (212) 658-9480

Wylie M. Stecklow, Esq.
WylieLaw
Fax: (212) 202-4952

Michael Keith Gertzer, Esq.
New York City Law Department
Fax: (212) 788-9776