UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE LIN, CAROLINE SAMPANARO, JORDAN GROH, CHRISTIAN GUTIERREZ, and RICHARD VAZQUEZ,

                    Plaintiffs,

-versus-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") RETIRED ASSISTANT CHIEF BRUCE SMOLKA, DEPUTY CHIEF STEPHEN PARAGELLO, SERGEANT TIMOTHY HOROHOE, SHIELD # 01657, OFFICER CHRISTOPHER QUIRK, SHIELD # 08692, OFFICER RICHARD PIERRE, SHIELD # 04236, OFFICER KEVIN STEWART, SHIELD # 14870, OFFICER KRISTIN ALAGNA, SHIELD #04759, OFFICER DAVID KANTOR, OFFICER THOMAS GRAHAM, and OFFICER FNU LNU (FIRST NAME UNKNOWN, LAST NAME UNKNOWN),

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/09

**ECF CASE**

09 Civ. 1936 (PGG)

**ORDER**

        This Court was scheduled to hold a conference in the above-captioned case at 11:00 a.m. on December 1, 2009.

        It is hereby ORDERED that the conference scheduled for December 1, 2009 is adjourned. This Court will hold a conference in this action on **December 9, 2009 at 4:30 p.m.** in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       November 20, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge