UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOYCE LIN, et al.,                              :

                Plaintiffs,         :

      -against-                              :

THE CITY OF NEW YORK, et al.,                   :

                Defendants.         :

------------------------------------------------------------x

**ORDER**

09 Civ. 1936 (PGG)(FM)

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to the conference held before Judge Gardephe, it is hereby ORDERED that a further settlement conference shall be held on December 23, 2009, at 3:00 p.m., in Courtroom 20A, United States Courthouse, 500 Pearl Street, New York, New York, 10007.

        SO ORDERED.

Dated:    New York, New York
            December 10, 2009

_____
FRANK MAAS
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-09

Copies to:

Honorable Paul G. Gardephe
United States District Judge

David Bruce Rankin, Esq.
Rankin & Taylor
Fax: (212) 658-9480

Wylie M. Stecklow, Esq.
WylieLaw
Fax: (212) 202-4952

Michael Keith Gertzer, Esq.
NYC Law Department
Fax: (212) 788-9776