UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOYCE LIN, et al., :

                Plaintiffs, :

     -against- :

THE CITY OF NEW YORK, et al., :

                Defendants. :

------------------------------------------------------------x

**ORDER**

09 Civ. 1936 (PGG)(FM)

**FRANK MAAS,** United States Magistrate Judge.

Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that a further telephone conference shall be held on January 25, 2010, at 3:00 p.m. Plaintiffs' counsel shall initiate the call.

SO ORDERED.

Dated:    New York, New York
           January 19, 2010

                                        FRANK MAAS
                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-19-10

Copies to:

Honorable Paul G. Gardephe
United States District Judge

David Bruce Rankin, Esq.
Rankin & Taylor
Fax: (212) 658-9480

Wylie M. Stecklow, Esq.
WylieLaw
Fax: (212) 202-4952

Michael Keith Gertzer, Esq.
NYC Law Department
Fax: (212) 788-9776